# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

SLP

Case No.: CR 20-240

- Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____
- Charging Document: **Indictment**   No. of Defendants: 3   Total No. of Counts: 25   Sealed: Y ☐  N ☑
- Forfeiture: Y ☑  N ☐   OCDETF: Y ☐  N ☑   Warrant: ☑   Summons: ☐   Notice: ☐
- Companion Case No. (if any): _____
- By: _____

## DEFENDANT INFORMATION:

| | |
|---|---|
| Name: **COURTNEY WELLS** | |
| Alias(es): | Address: NORMAN, OK 73026 |
| | FBI No.: |
| DOB: xx/xx/1985   SSN: xxx-xx-4768 | Race: White   Interpreter: Y ☐  N ☑ |
| Sex: M ☐  F ☑   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

## DEFENDANT STATUS/RECOMMENDATION:

- ☑ Not in Custody
- ☐ Detention Requested
- ☑ Type of Bond: Unsecured
- ☐ In Custody at: _____
- Inmate/Prisoner/Register No.: _____

## PRIOR MAGISTRATE PROCEEDINGS:

- Complaint: Y ☐  N ☑
- Magistrate Case No.: MJ-
- Previously Detained: Y ☐  N ☑

## ATTORNEY/AGENCY INFORMATION:

- ☐ Public Defender
- ☐ CJA Panel
- ☑ Retained

Name: Bob Wyatt
Address: 501 N. Walker Ave., #110, Oklahoma City, OK 73102
Phone: (405) 234-5500

AUSA: K. McKenzie Anderson
Agent/Agency: Tim Schmitz/FBI
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy | NMT 30 yrs imprisonment; $1,000,000 fine, o/b; NMT 5 yrs SR; $100 SA |
| 2-13 | 18 U.S.C. § 1343<br>18 U.S.C. § 2 | Wire Fraud<br>Aid and Abet | NMT 20 yrs imprisonment; $250,000 fine, o/b; NMT 5 yrs SR; $100 SA |
| 14-19 | 18 U.S.C. § 513(a)<br>18 U.S.C. § 2 | Uttering Forged Security<br>Aid and Abet | NMT 10 yrs imprisonment; $250,000 fine, o/b; 3 yrs SR; $1000 SA |
| 20-25 | 18 U.S.C. § 1028A(a)(1)<br>18 U.S.C. § 2 | Aggravated Identity Theft<br>Aid and Abet | 2 yrs imprisonment to run consecutive with any other term of imprisonment; $250,000 fine; $100 SA |

Signature of AUSA: _[signature]_   Date: 9/16/2020

3/19

## CRIMINAL COVERSHEET
### U.S. District Court, Western District of Oklahoma

Name: **COURTNEY WELLS**

### CHARGING DETAILS (cont'd)

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| Forfeiture Allegations | 18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461 | Criminal Forfeiture | |

RECEIVED
SEP 1 6 2020
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

Signature of AUSA: _____  Date: 9/16/2020