<u>CRIMINAL JURY TRIAL</u>

CRIMINAL CASE NO.     <u>CR-20-240</u>     -F                                      DATE    <u>11-18-2021</u>

STYLE:   UNITED STATES v. <u>BOBBY CHRIS MAYES, CHARLES GOOCH and COURTNEY WELLS</u>

PROCEEDINGS:     <u>FURTHER JURY TRIAL</u>

COMMENCED  <u>8:25</u>     ENDED  <u>8:35</u>
COMMENCED  <u>8:50</u>     ENDED  <u>12:00</u>
                                                          TOTAL TIME:  <u>7</u>  Hrs.  <u>00</u>  Mins.
COMMENCED  <u>1:20</u>     ENDED  <u>5:00</u>

JUDGE <u>Stephen P. Friot</u>          DEPUTY CLERK <u>Lori Gray</u>          REPORTER <u>Tracy Thompson</u>

Plf counsel            McKenzie Anderson, Tom Snyder

Dft Gooch counsel    Vicki Behenna, Brett Behenna, Rachel Jordan, Billy Bock, Michelle Greene

Dft Wells counsel     Joseph Shannonhouse

Dft Mayes counsel    Tommy Adler, Robert Gifford

Enter:       Dfts appear in person.

Outside the hearing of the jury, the court takes up a request from counsel for dft Mayes requesting that the court give an admonishment to the jury about the improper questions that were raised in the November 17 court proceeding. Dfts Wells and Gooch join in the request.   The court hears from government counsel.   The court will give a curative instruction.

Dfts continue case in chief with testimony of witnesses.      Dfts rest.

Plf presents rebuttal evidence with testimony of one witness and rests.

Parties rest.

Court regards all dfts as having renewed their Rule 29 mtns for judgment of acquittal in full.  The court's ruling remains the same, and the motions are DENIED.

Dft Wells' Amended Motion to Dismiss the Indictment for Discovery Violations and Compel Discovery of Witness Statements (doc. no. 156) stricken as moot.

Court instructs the jury.      Closing arguments.

Court adjourns to 11-19-2021 at 8:30 AM.

CASE NO.     CR-20-240     -F     DEPUTY Lori Gray     JUDGE Stephen P. Friot     DATE     11-18-2021

WITNESSES FOR PLAINTIFF                                     WITNESSES FOR DEFENDANT

1. Joshua Vanover (sworn), rebuttal                         1. Courtney Wells (sworn), cont'd.