CRIMINAL JURY TRIAL

CRIMINAL CASE NO.      CR-20-240      -F                              DATE    11-19-2021

STYLE:   UNITED STATES v. BOBBY CHRIS MAYES, CHARLES GOOCH and COURTNEY WELLS

PROCEEDINGS:     FURTHER JURY TRIAL

| COMMENCED | 8:30  | ENDED | 8:40  |
|-----------|-------|-------|-------|
| COMMENCED | 10:25 | ENDED | 10:40 |
| COMMENCED | 10:55 | ENDED | 11:00 |
| COMMENCED | 4:10  | ENDED | 4:45  |

TOTAL TIME:    1   Hrs.   05   Mins.

JUDGE Stephen P. Friot            DEPUTY CLERK Lori Gray            REPORTER Tracy Thompson

Plf counsel            McKenzie Anderson, Tom Snyder

Dft Gooch counsel    Vicki Behenna, Brett Behenna, Rachel Jordan, Billy Bock, Michelle Greene

Dft Wells counsel     Joseph Shannonhouse

Dft Mayes counsel    Tommy Adler, Robert Gifford

Enter:         Dfts appear in person.

Bailiff sworn.

Jury retires to deliberate at 8:40 AM.

Outside the hearing of the jury, court takes up a question from the jury.

Jury returns verdict at 4:15 PM.

As to dft Mayes, jury returns with verdict of guilty on each of counts 1-25.

As to dft Gooch, jury returns with verdict of guilty on each of counts 1-25.

As to dft Wells, jury returns with verdict of guilty on counts 1, 3, 4, 7-10 and 14-25, and not guilty on counts 2, 5, 6, 11, 12 and 13.

Jury is polled.        Jury is discharged.

Case referred to probation office.      Dfts stand on present bond awaiting sentencing.

Clerk to prepare and file judgment on jury verdict.

The parties' exhibits are withdrawn.