PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs. Courtney Dawn Wells          Docket No. CR-20-240-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Joyclin Jaksons, pretrial services/probation officer, presenting an official report upon the conduct of defendant Courtney Dawn Wells, who was placed under pretrial release supervision by the Honorable Gary M. Purcell, sitting in the court at The Western District of Oklahoma on the 22nd date of September, 2020 under the following conditions:

7(a) submit to supervision by and report for supervision to USPO
7(n) submit to testing for a prohibited substance if required by pretrial services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On May 10, 2022, the undersigned officer attempted to contact the defendant by text message and telephone call and provided instructions to contact this officer back. No return message or call was received from the defendant. Another officer contacted the defendant's daughter who reported they had not heard from the defendant since May 2, 2022. The defendant's father reported he had not heard from the defendant in two weeks. The defendant's whereabouts are unknown at this time.

The defendant missed drug testing on December 22, 2021, December 30, 2021, and April 12, 2022.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOVES THE COURT PURSUANT TO 18 U.S.C. §3148(b) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.

ELECTRONICALLY APPROVED BY AUSA THOMAS SNYDER

ASSISTANT UNITED STATES ATTORNEY

PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF A WARRANT AND REVOKE THE DEFENDANT'S BOND.

ORDER OF COURT

Considered and ordered this 11th day of May, 2022 and ordered filed and made a part of the records in the above case.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2022

s/ Joyclin Jaksons
U.S. Pretrial Services/Probation Officer

Place Oklahoma City, OK