# **SEALED EXHIBIT 1**

Email dated February 18, 2022 at 8:35 AM

Filed under seal pursuant to this Court's Order Filed on October 11, 2022