# **<u>SEALED EXHIBIT 2</u>**

Email dated February 18, 2022 at 8:34 AM

Filed under seal pursuant to this Court's Order Filed on October 11, 2022