Prob19 (3/03)

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

U.S.A. vs Courtney Dawn Wells

Docket No.: CR-20-240-3

TO: Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Courts. | | | |
| NAME OF SUBJECT: Wells, Courtney Dawn | SEX: Female | RACE: White | AGE: 36 |
| ADDRESS (STREET, CITY, STATE, ZIP) 3405 108th Avenue SE, Norman, OK 73026 (current whereabouts unknown) | | | |
| TO BE BROUGHT BEFORE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA | | | |

WARRANT ISSUED:
5:14 pm, May 11, 2022
CARMELITA REEDER SHINN, Clerk
By: *[signature]*
Deputy Clerk

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED 10/25/2022 | DATE EXECUTED 10/25/2022 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) FBI Oklahoma City, 3301 W Memorial Rd. Oklahoma City, OK 73134 | | |
| NAME Jason Wildeman Special Agent | (BY) *[signature]* | DATE 10/25/2022 |