PS 8
(Rev. 8/13)

# UNITED STATES DISTRICT COURT

for

Western District of Oklahoma

U.S.A. vs.  Courtney Dawn Wells     Docket No. CR-20-240-3

**Amended Petition for Action on Conditions of Pretrial Release**

COMES NOW  Joyclin Jaksons , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Courtney Dawn Wells , who was placed under pretrial release supervision by the Honorable  Gary M. Purcell , sitting in the court at  The Western District of Oklahoma  on the  22nd  date of  September , 2020 under the following conditions:

7(a) submit to supervision by and report for supervision to USPO
7(f) abide by following restrictions on personal association, residence, or travel: Travel restricted to the Western District of Oklahoma
7(n) submit to testing for a prohibited substance if required by pretrial services

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On May 10, 2022, the undersigned officer attempted to contact the defendant by text message and telephone call and provided instructions to contact this officer back. No return message or call was received from the defendant. Another officer contacted the defendant's daughter who reported they had not heard from the defendant since May 2, 2022. The defendant's father reported he had not heard from the defendant in two weeks. The defendant's whereabouts were unknown at that time.

The defendant was apprehended in Huatulco, Oaxaca, Mexico on or about October 24, 2022. The defendant did not have permission to travel to Mexico.

The defendant missed drug testing on December 22, 2021, December 30, 2021, and April 12, 2022.

HAVING REVIEWED THE ALLEGATIONS MADE IN THIS PETITION MADE BY THE UNITED STATES PROBATION OFFICER, THE UNITED STATES MOVES THE COURT PURSUANT TO 18 U.S.C. §3148(b) TO INITIATE REVOCATION PROCEEDINGS AGAINST THE DEFENDANT.

APPROVED BY AUSA THOMAS SNYDER

_____
ASSISTANT UNITED STATES ATTORNEY

PRAYING THAT THE COURT WILL ADOPT THE AMENDED PETITTION AND REVOKE THE DEFENDANT'S BOND. A WARRANT WAS PREVIOUSLY ISSUED ON MAY 11, 2022

ORDER OF COURT

Considered and ordered this  3rd  day of  November , 20 22  and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 3, 2022

s/ Joyclin Jaksons
U.S. Pretrial Services/Probation Officer

Place  Oklahoma City, OK