# COURTROOM MINUTE SHEET

DATE   11-3-2022

CRIMINAL NO.   CR-20-240-3   –F

United States -vs-   Courtney Wells

COMMENCED   1:30     ENDED   1:35     TOTAL TIME   5 min.

PROCEEDINGS   Bond revocation hearing

JUDGE **STEPHEN P. FRIOT**     DEPUTY **LORI GRAY**     REPORTER **TRACY THOMPSON**

PLF COUNSEL   Tom Snyder

DFT MAYES COUNSEL   Tommy Adler

PROBATION OFFICER   Joyclin Jaksons

Defendant Courtney Wells appears in custody of USM.

The defendant states through her counsel that she does not contest the revocation of her bond and her continued detention on the basis of the 11/3/2022 Amended Petition for Action on Conditions of Pretrial Release (doc. no. 265).

The court **FINDS** that the defendant has violated her conditions of pretrial release as alleged in the 11/3/2022 Amended Petition.

The court **REVOKES** the defendant's conditions of release and **REVOKES** her bond.

The court **ORDERS** defendant Courtney Wells detained pending further proceedings in this case.

20-0240x042 (Wells revo hrg).docx